LAURENCE F. PULGRAM (CSB NO. 115163)
JEDEDIAH WAKEFIELD (CSB NO. 178058)
ALBERT L. SIEBER (CSB NO. 233482)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION
and SYMANTEC CORPORATION

NEIL A. SMITH (CSB NO. 63777)
NATHANIEL BRUNO (CSB NO. 228118)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLC
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111
Telephone:     415-434-9100
Facsimile:     415-434-3947

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability corporation,<br><br>         Plaintiff,<br><br>      v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual; and DOES 1-10 inclusive,<br><br>         Defendants. | Case No.  C-06-0711-MJJ<br><br>**SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND ORDER**<br><br>Date of Filing Complaint:  January 31, 2006 |

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME TO
ANSWER OR RESPOND TO
COMPLAINT (C-06-0711)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Netbula, LLC ("Netbula") and

2  Defendants BindView Development Corp. ("BindView") and Symantec Corp. ("Symantec"), by

3  and through their respective counsel, hereby agree and stipulate that BindView and Symantec

4  shall have up to and including June 1, 2006, to answer or otherwise respond to Netbula's

5  complaint.

6    Additionally, Defendant Eric Pulaski has agreed to allow counsel for Defendants

7  BindView and Symantec to accept service of the Complaint on his behalf, and that the deadline

8  for his response to the Complaint shall be June 1, 2006.  Netbula stipulates that Mr. Pulaski's

9  agreement to allow counsel to accept service is without prejudice to any challenge Mr. Pulaski

10  may have to personal jurisdiction in this case, which Mr. Pulaski disputes, and Netbula will not

11  seek to rely, in whole or in part, on such service or this Stipulation in responding to any

12  jurisdictional challenge by Mr. Pulaski.

13    This stipulation supersedes the previous stipulation of the parties providing that all

14  Defendants shall answer or otherwise respond to the Complaint by May 1, 2006.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION TO EXTEND TIME TO
ANSWER OR RESPOND TO                    2
COMPLAINT (C-06-0711)

Dated: May 11, 2006

FENWICK & WEST LLP

By: _____
JEDEDIAH WAKEFIELD

Attorneys for Defendants
BINDVIEW DEVELOPMENT
CORPORATION and SYMANTEC
CORPORATION

Dated: May 11, 2006

By: _____
ERIC J. PULASKI

Dated: May 11, 2006

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLC

By: _____/s/_____
NEIL A. SMITH

Attorneys for Plaintiff
NETBULA, LLC

12290/00448/LIT/1246477.2

5/15/2006



IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO
ANSWER OR RESPOND TO
COMPLAINT (C-06-0711)

3