LAURENCE F. PULGRAM (CSB NO. 115163)
JEDEDIAH WAKEFIELD (CSB NO. 178058)
ALBERT L. SIEBER (CSB NO. 233482)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION
and SYMANTEC CORPORATION


NEIL A. SMITH (CSB NO. 63777)
NATHANIEL BRUNO (CSB NO. 228118)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLC
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. C-06-0711-MJJ<br><br>**THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date of Filing Complaint: January 31, 2006 |

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
TO CONTINUE INITIAL CMC (C-06-0711)

1  Pursuant to N.D. Civil Local Rule 6-1(b), Plaintiff Netbula, LLC ("Netbula") and
2  Defendants BindView Development Corp. ("BindView") and Symantec Corp. ("Symantec"), by
3  and through their respective counsel, hereby agree and stipulate that BindView and Symantec
4  shall have up to and including June 15, 2006, to answer or otherwise respond to Netbula's
5  complaint.

6  Additionally, Defendant Eric Pulaski ("Pulaski") has agreed to allow counsel for
7  Defendants BindView and Symantec to accept service of the Complaint on his behalf, and that
8  the deadline for his response to the Complaint shall be June 15, 2006. Netbula stipulates that Mr.
9  Pulaski's agreement to allow counsel to accept service is without prejudice to any challenge Mr.
10 Pulaski may have to personal jurisdiction in this case, which Mr. Pulaski disputes, and Netbula
11 will not seek to rely, in whole or in part, on such service or this Stipulation in responding to any
12 jurisdictional challenge by Mr. Pulaski.

13 The above-named parties also respectfully request an order vacating the dates set by the
14 January 31, 2006 Order Setting Initial Case Management Conference and ADR Deadlines ("Initial
15 CMC Order"), and request that the Initial Case Management Conference, currently scheduled for
16 June 13, 2006, be continued until June 27, 2006, or other later date according to the Court's
17 calendar. Filing of the Case Management Statement and Rule 26(f) Report, currently scheduled to
18 occur no later than June 6, 2006, would occur no later than one week before the rescheduled date for
19 the CMC. Finally, the parties request a two-week extension, until June 6, 2006, to file their
20 respective ADR Certifications and the Joint ADR Certification with Stipulation to ADR Process or
21 Notice of Need for ADR Phone Conference, originally ordered to be filed by May 23, 2006.

22 The reason for this request is to allow the parties to continue settlement discussions and to
23 proceed with an informal exchange of documents agreed upon by Symantec, BindView and
24 Netbula at an in-person meeting on May 15, 2006. The parties agree that extending the above
25 deadlines will facilitate settlement negotiations between the parties and serve the interests of
26 judicial economy.

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND      2
TO CONTINUE INITIAL CMC (C-06-0711)

The parties have made no previous request to change the date of the Case Management Conference. The Court has not set a trial date, and no other deadlines will be affected by this request.

**IT IS HEREBY STIPULATED AND AGREED** that Defendants Symantec, BindView and Pulaski will answer or otherwise respond to the Complaint no later than June 15, 2006.

**IT IS FURTHER STIPULATED AND AGREED** that the parties shall have until June 6, 2006 to file their respective ADR Certifications and the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

**IT IS FURTHER STIPULATED AND AGREED** that the Case Management Conference will be continued from June 6, 2006 until June 27, 2006, or other later date according to the Court's calendar, with the parties' Initial Case Management Statement and Rule 26(f) Report to be filed no later than one week before this rescheduled date.

Dated: May 26, 2006                                   FENWICK & WEST LLP

                                                      By:           /S/
                                                              JEDEDIAH WAKEFIELD

                                                      Attorneys for Defendants
                                                      BINDVIEW DEVELOPMENT
                                                      CORPORATION and SYMANTEC
                                                      CORPORATION


Dated: May 26, 2006                                   By:           /S/
                                                              ERIC J. PULASKI

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND         3
TO CONTINUE INITIAL CMC (C-06-0711)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| Dated: May 26, 2006 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLC |
| | By: _____/s/_____<br>NEIL A. SMITH |
| | Attorneys for Plaintiff<br>NETBULA, LLC |

12290/00448/LIT/1246477.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND    4
TO CONTINUE INITIAL CMC (C-06-0711)

**[~~Proposed~~] Order**

**Pursuant to Stipulation, It Is So Ordered.** Case Management Conference reset for Tuesday, August 15, 2006 at 2:00 p.m. Joint Case Management Conference Statement due 8/7/2006.

Dated: 5/30/2006, 2006

*/s/ Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Judge

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
TO CONTINUE INITIAL CMC (C-06-0711)

2