RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone: (916) 645-7278
Facsimile: (916) 290-0539
E-Mail: rlalawyer@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas Corporation, SYMANTEC CORPORATION, a Delaware Corporation, ERIC J. PULASKI, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C-06-0711-MJJ<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL**<br>AND ORDER. |

Plaintiff NETBULA, LLC substitutes Richard L. Antognini of the Law Offices of Richard L. Antognini, 2831 Southcreek Drive Lincoln, California 95648-8284, (916) 645-7278, as counsel in place of Neil A. Smith and Nathaniel Bruno, of Sheppard, Mullin, Richter & Hampton, LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111.

Netbula, LLC consents to the above substitution.

Dated: July 10, 2006         NETBULA, LLC

By: _____

We consent to the above substitution.

Dated: July 11, 2006    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: _____
Neal A. Smith

We consent to the above substitution.

Dated: July 11, 2006    LAW OFFICES OF RICHARD L. ANTOGNINI

By: _____
Richard L. Antognini

IT IS SO ORDERED.

Dated: July 18, 2006

_____
United States District Judge

STIPULATION FOR SUBSTITUTION OF COUNSEL
- 2 -