VONNAH BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone: (510) 351-5345
Facsimile: (510) 351-5348
E-Mail: BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C-06-0711-MJJ<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEY**<br><br>AND ORDER |

Plaintiff NETBULA, LLC substitutes Vonnah M. Brillet of LAW OFFICES OF VONNAH M. BRILLET, 2777 ALVARADO ST., SUITE E, SAN LEANDRO, CA 94577. Telephone: (510) 351-5345, as counsel in place of Richard L. Antognini of the Law Offices of Richard L. Antognini, 2831 Southcreek Drive Lincoln, California 95648-8284.

Netbula, LLC consents to the above substitution.

Dated: December 29, 2006

NETBULA, LLC

By: _____
Don Yue, on behalf of Netbula, LLC, Party

-1-

Case No. C-06-0711-MJJ                     SUBSTITUTION OF COUNSEL

We consent to the above substitution.

Dated: December 29, 2006      LAW OFFICES OF RICHARD L. ANTOGNINI

By: _____
Richard L. Antognini, Former Attorney

We consent to the above substitution.

Dated: December 29, 2006      LAW OFFICES OF VONNAH M. BRILLET

By: _____
Vonnah M. Brillet, New Attorney

Case 3:06-cv-00711-MJJ Document 65 Filed 01/08/2007 Page 3 of 4

IT IS SO ORDERED.

Dated:   1/9/2007

_____
United States District Judge

---

Case No. C-06-0711-MJJ        -3-        SUBSTITUTION OF COUNSEL