UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, | No. C-06-0711 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME** |
| BINDVIEW DEVELOPMENT CORPORATION, *et al.*, | **(Docket No. 125)** |
| Defendants. | |
| _____/ | |

Defendants have filed a motion for attorney's fees pursuant to Rule 11(c)(1)(A), which they ask to be heard on shortened time -- more specifically, on the same date as the hearing on Plaintiff's motion for sanctions under Rule 11 and 28 U.S.C. § 1927.  Plaintiff did not file any opposition to the request for shortened time.  Because Plaintiff did not file an opposition, and because the issues raised in Defendant's motion for fees relate directly to the issues raised in Plaintiff's motion for sanctions, the Court hereby **GRANTS** the request for shortened time.  Defendant's motion for fees shall be heard on June 6, 2007.  Any opposition to the motion for fees shall be filed and served by May 23, 2007.  There shall be no reply brief for the motion for fees.

IT IS SO ORDERED.

Dated: May 22, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge