LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
MARY E. MILIOINIS (CSB 238827)
*mmilionis@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION,
SYMANTEC CORPORATION, and
ERIC J. PULASKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-06-0711-MJJ-WDB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED BY PLAINTIFF AS CONFIDENTIAL**<br><br>Dept.: Courtroom C, 15th Floor<br>Judge: The Honorable Edward M. Chen |

Having considered Defendants BindView Development Corporation, Symantec Corporation, and Eric J. Pulaski's ("Defendants") Administrative Motion to File Under Seal and the supporting Declaration of Mary E. Milionis, and good cause appearing therefor, the Court, HEREBY ORDERS the following portion of the Declaration of Jedediah Wakefield In Support of Defendants' Opposition to Plaintiff's Motion for Sanctions ("Wakefield Declaration") to be filed under seal:

1. Exhibit L to the Wakefield Declaration containing documents Bates labeled as NB-0000871, NB-0003688, NB-0003690, NB-0003694, NB-0003697, NB-0003698, NB-0003704, and NB-0003711 and designated as Confidential by Plaintiff Netbula LLC.

**IT IS SO ORDERED**.

Dated: May 31, 2007



The H[onorable]
United [States...]

[PROPOSED] ORDER GRANTING DEFS.' MOTION TO FILE UNDER SEAL -2- C-06-0711-MJJ-WDB