**Counsel listed on signature page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-06-0711-MJJ-WDB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING HANDLING OF SOURCE CODE |

Plaintiff Netbula, LLC and Defendants BindView Development Corporation, Symantec Corporation, and Eric J. Pulaski submit the following Stipulation and Proposed Order concerning the handling of source in this case.

1.  Any party producing source code in this action shall produce it in its native electronic form.

2.  If a disclosing party wishes to produce electronic copies of source code in an encrypted form, the disclosing party shall use PGP Desktop Professional version 9.6, or such other publicly available encryption product as the parties may agree in writing prior to production, and shall provide the decryption key to the receiving party.

STIPULATION RE HANDLING
OF SOURCE CODE

3. In addition to being treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered in this case on December 15, 2006, source code produced in this case in encrypted form shall be kept encrypted when it is not being reviewed, and the decryption key shall be kept separately from the disk or other media containing the encrypted code.

3. Source code produced in this case shall not be reviewed on computers that are connected to a network (wirelessly or otherwise).

4. The Protective Order entered in this matter on December 15, 2006 remains in effect.

IT IS SO STIPULATED:

Dated: May 25, 2007                FENWICK & WEST LLP


By: /s/ Jedediah Wakefield
    ———————————————————
          One of its attorneys

LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION,
SYMANTEC CORPORATION, and ERIC J. PULASKI

1  Dated: May 25, 2007                     LAW OFFICES OF VONNAH M. BRILLET

2

3                                          By:_____/S/_____
                                                   Vonnah M. Brillet
4

5                                          LAW OFFICES OF VONNAH M. BRILLET
                                           Vonnah M. Brillet (CSB No. 226545)
                                             *BrilletLaw@yahoo.com*
6                                          2777 Alvarado Street, Suite E
                                           San Leandro, CA 941577
7                                          Telephone: (510) 351-5345
                                           Facsimile: (510) 351-5348
8
                                           Attorneys for Plaintiff/Counterclaim Defendant
9                                          NETBULA, LLC and Counterclaim Defendant
                                           Dongxiao YUE
10

11
            IT IS SO ORDERED
12

13
      By:   5/29/2007
14                                                 _____
                                                   Honorable Martin J. Jenkins
15                                                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE HANDLING                       3
OF SOURCE CODE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PURSUANT TO GENERAL ORDER 45(X)**

I hereby attest that I have on file all consents to filing indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: May 25, 2007

FENWICK & WEST LLP


By: _____/S/_____
Jedediah Wakefield

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION, SYMANTEC CORPORATION, and ERIC J. PULASKI

STIPULATION RE HANDLING
OF SOURCE CODE                                      4