VONNAH M. BRILLET
2777 Alvarado Street, Suite E
San Leandro, CA 94577
Telephone: (510)351-5345

Attorneys for Plaintiff
NETBULA, LLC


LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION,
SYMANTEC CORPORATION, and ERIC J. PULASKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual, and DOES 1-10, inclusive, ,<br><br>　　　　　Defendants. | Case No.  C-06-0711-MJJ (WDB)<br><br>**STIPULATION AND PROPOSED SCHEDULING ORDER** |

JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER

CASE NO. C-06-0711-MJJ

As the Court requested at the May 18, 2006 Case Management Conference, the parties stipulate to the following case schedule:

NON-EXPERT DISCOVERY CUTOFF: 6/25/2007

DESIGNATION OF EXPERTS: 6/25/2007

EXPERT REPORTS 7/9/2007

DESIGNATION OF SUPPLEMENTAL/REBUTTAL EXPERTS: 7/16/2007

SUPPLEMENTAL/REBUTTAL REPORTS: 7/23/2007

EXPERT DISCOVERY CUTOFF: 7/30/2007

DISPOSITIVE MOTIONS HEARING DATE: 8/21/2007

PRETRIAL CONFERENCE: 9/25/2007

TRIAL DATE: 10/1/2007

Respectfully,

Dated: May 18, 2007         LAW OFFICES OF VONNAH BRILLET

By: /S/
Vonnah M. Brillet

Attorneys for Plaintiff
NETBULA, LLC

Dated: May 18, 2007         FENWICK & WEST LLP

By: /S/
Jedediah Wakefield

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION,
SYMANTEC CORPORATION, and ERIC J.
PULASKI

JOINT CASE MANAGEMENT STATEMENT
AND PROPOSED ORDER                    1                    CASE NO. C-06-0711-MJJ

# CASE MANAGEMENT ORDER

The schedule proposed above is hereby adopted by the pretrial schedule by the Court.

Dated: 5/29/2007

*/s/ Martin J. Jenkins*
Martin J. Jenkins,
United States District Judge

**PURSUANT TO GENERAL ORDER 45(X)**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: May 17, 2007                                FENWICK & WEST LLP


By: _____/S/_____
                    Jedediah Wakefield

Attorneys for Defendants
BINDVIEW DEVELOPMENT CORPORATION,
SYMANTEC CORPORATION, and ERIC J.
PULASKI

12290/00448/LIT/1267542.1