UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, | No. C 06-0711 MJJ (WDB) |
| Plaintiff, | **ORDER FOLLOWING JULY 13, 2007, TELEPHONIC HEARING REGARDING DISPUTES ARISING DURING THE DEPOSITION OF NEIL SMITH, ESQ.** |
| v. | |
| BINDVIEW DEVELOPMENT CORPORATION, et al. | |
| Defendants. | |

On July 13, 2007, the Court conducted a telephonic hearing, at the request of the parties, to resolve disputes that arose during the deposition of Neil Smith, Esq., which was held the day before, on July 12, 2007. In particular, Plaintiff objected to questions posed to Mr. Smith by Defendant's counsel about specific legal work done on behalf of Plaintiff and about communications Mr. Smith had with the United States Copyright Office. For the reasons stated on the record, the Court ORDERS as follows.

1. Counsel for Defendant is permitted to ask Mr. Smith abstract questions about whether, during the relevant time period, he or anyone in his law firm did legal work for Plaintiff in <u>anticipation of litigation</u>. If Mr. Smith answers, "no," then the subject is over. No further questions are permitted in this subject area. Alternatively, if Mr. Smith answers, "yes," then counsel may continue to ask Mr. Smith to provide the number of hours on particular days that were spent doing work in anticipation of

1  litigation.  Defendant's counsel is <u>not</u> permitted to ask any further questions about the
2  type of work performed on any given day.
3         2.     Counsel for Defendant is permitted to ask Mr. Smith about
4  communications he or anyone in his law firm had with the United States Copyright
5  Office.  Defendants are <u>not</u> permitted to ask Mr. Smith about what he thought about
6  these communications, or about what he advised his client with respect to these
7  communications.
8         3.     Because a portion of the time allotted for the deposition of Mr. Smith was
9  used by counsel in an attempt to resolve these disputes regarding the permitted scope
10 of questioning, the Court GRANTS Defendant's request for an additional 1 hour of
11 deposition time.
12        IT IS SO ORDERED.

15 Dated:   July 19, 2007

                                                                          _____
                                                                          WAYNE D. BRAZIL
                                                                          United States Magistrate Judge

Copies to:
Parties, MJJ, WDB, Stats

2