# FENWICK & WEST LLP

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

August 24, 2007

JEDEDIAH WAKEFIELD

EMAIL JWAKEFIELD@FENWICK.COM
DIRECT DIAL (415) 875-2331

**VIA FACSIMILE (415) 522 3636 AND E-FILING**

Honorable Joseph C. Spero
 Magistrate of the United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA

**GRANTED** — Judge Joseph C. Spero

Re:   Netbula, LLC v. BindView Development Corp, *et al.*
      Case No. C-06-00711-MJJ-WDB (N.D. Cal.)

Dear Magistrate Judge Spero:

    We represent Defendants Symantec Corporation, BindView Development Corporation and Eric J. Pulaski in the above-captioned matter, which is scheduled for a settlement conference before your Honor on August 28, 2007.  A representative of BindView and Symantec with full authority to settle the matter will be in attendance at the conference.  In addition, a representative from BindView's D&O liability insurance carrier will attend, with full authority to settle the matter on behalf of Defendant Eric Pulaski – BindView's former CEO.  Mr. Pulaski is a resident of Houston, Texas.

    In view of the foregoing, Defendants respectfully request that the personal attendance of Mr. Pulaski be excused.  We have discussed the matter with Plaintiff's counsel, who does not object to this proposal.

Respectfully,

FENWICK & WEST LLP

Jedediah Wakefield

cc:   Gary Fergus, Esq.

12290/00448/LIT/1272085.1