IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, | No. C06-00711 MJJ |
| Plaintiff, | **ORDER REQUIRING PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING** |
| v. | |
| BINDVIEW DEVELOPMENT CORPORATION ET AL, | |
| Defendant. | |

Before the Court is Defendants' Motion in Limine to exclude the testimony of Gregory T. Kovecses. (Docket No. 260.) The Pretrial Conference in this matter is scheduled for September 25, 2007 at 3:30 p.m. and trial will begin October 1, 2007. On September 10, 2007 the Court granted (1) Defendants' Motion for Summary Judgment as to Copyright Infringement; (2) Defendant Pulaski's Motion for Summary Judgment; and (3) Defendant Bindview's Motion for Summary Judgment as to Plaintiff's Breach of Contract and Fraud causes of action. The only claim remaining in this matter is statutory unfair competition under California Business and Professions Code § 17200 *et seq*.

//
//
//
//

Given the recent changes in the posture of this matter, the Court **ORDERS** the parties to file, by **10:00 a.m. Monday, September 24th**, a letter brief no longer than **5 pages** in length addressing the following:

1. Whether the parties have a right to a jury trial on the § 17200 claim, which appears to be equitable in nature,

2. Given the dismissal of all federal claims, whether this Court should continue to exercise supplemental jurisdiction over the § 17200 claim,

3. What portions of the Motion in Limine, the Opposition and the supporting documents remain relevant in this matter, and

4. Any other material changes to pretrial considerations that have resulted from the summary judgment grant.

**IT IS SO ORDERED.**

Dated: September 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE