1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Third Parties
   SUN MICROSYSTEMS, INC., EMC CORPORATION
9  and DARDEN RESTAURANTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>BINDVIEW DEVELOPMENT CORPORATION, a Texas corporation; SYMANTEC CORPORATION, a Delaware corporation; ERIC J. PULASKI, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.  C-06-0711-MJJ-WDB<br><br>**[PROPOSED] ORDER ON MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER**<br><br>Dept:    Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

[PROPOSED] ORDER MODIFYING
PROTECTIVE ORDER

CASE NO.  C-06-0711-MJJ-WDB

Proposed Intervenors Sun Microsystems, Inc., EMC Corporation, and Darden Restaurants, Inc. ("Intervenors"), have moved to intervene and modify the protective order in this action to obtain access to records and testimony designated as confidential by Plaintiff Netbula, LLC ("Netbula"). No opposition was filed by Netbula.

At the hearing held on November 20, 2007, Intervenors were represented by Laurence Pulgram and Jedediah Wakefield, Netbula was represented by Vonnah Brillet, and International Business Machines, Inc. was represented by David Eiseman. Although Netbula did not file any Opposition, the Court afforded Netbula's counsel the opportunity to argue positions espoused in papers filed by its principal, Dongxiao Yue and considered such positions. Good cause appearing therefore,

IT IS HEREBY ORDERED:

1) Intervenors' Amended Motion to Intervene and Modify Protective Order [Docket No. 306] is GRANTED, to be implemented as follows.

2) The 60-day deadline for return of information produced or designated as Confidential or Attorneys Eyes Only by Netbula is hereby suspended, pending further order of the Court. Intervenors' counsel is not required to return or dispose of such information at this time.

3) It is the Court's intention that materials produced in this action that are also relevant to the subject matter or any claim or defense of any party in the action entitled *Netbula v. Storage Technology Corporation* et al., No. 06-7391 MJJ (N.D. Cal.) ("The *StorageTek* action"), shall be made available for discovery and use in the *StorageTek* action, subject to appropriate protection of their confidentiality as used within the *StorageTek* action. Netbula's and Intervenors' and IBM's counsel shall meet and confer to attempt to identify which information produced in this action shall be designated for use in the *StorageTek* action, and at what level of confidentiality (for example, Confidential, or Highly Confidential—Attorneys' Eyes Only). Counsel shall submit a joint report of no longer than 5 pages to the Court before the case management conference scheduled for December 13, 2007 in the *StorageTek* action, identifying their agreements on these issues, and, to the extent that there are disagreements, the nature of those disagreements. The

[PROPOSED] ORDER MODIFYING PROTECTIVE ORDER

CASE NO. C-06-0711-MJJ-WDB

Court intends to resolve any disagreements at that case management conference.

**IT IS SO ORDERED**.

Dated: 12/1/07

_____
The Honorable Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER MODIFYING PROTECTIVE ORDER                CASE NO. C-06-00711-MJJ-WDB